**Order entered December 14, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01481-CV
No. 05-15-01482-CV

**IN RE DONALD GENE BLANTON, Relator**

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23078-86, No. 23592-86**

## ORDER

Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **DENY** as unnecessary relator's motion for leave to file his application for writ of mandamus. Because a motion for leave is not required by Rule 52 of the Texas Rules of Appellate Procedure, we have considered the petition on its merits without first granting leave to file the petition. We **ORDER** relator to bear the costs of this original proceeding.

/s/    DOUGLAS S. LANG
JUSTICE